# Exhibit B



STATE OF ILLINOIS

# DEPARTMENT OF VETERANS' AFFAIRS

### VETERANS' EDUCATION AND TRAINING SECTION
PO BOX 19432, 833 S. SPRING STREET, SPRINGFIELD, ILLINOIS 62794-9432
TELEPHONE: (217) 782-7838 * FAX: (217) 524-8394

BRUCE RAUNER
GOVERNOR

ERICA L. JEFFRIES
DIRECTOR

March 17, 2017

New Horizons Computer Learning Center (Chicago)
Ms. Amanda Droba
525 W. Van Buren Ste. 300
Chicago, IL 60607

Dear Ms. Droba:

Enclosed is a copy of the certificate of approval for the following institution:

New Horizons Computer Learning Center (Chicago) (2-5-0547-13).

Please read the approval carefully. If you have any questions about the approval, please do not hesitate to contact me via email at dan.wellman@illinois.gov or telephone at 217.782.7838.

Thank you for your interest in veterans' education.

Sincerely,

Dan Wellman
Administrator
State Approving Agency
Veterans' Education

Enclosure

# State of Illinois
# Department of Veterans Affairs
# State Approving Agency PO Box  19432
# Springfield Il 62794-9432

## CERTIFICATE OF APPROVAL FOR NONACCREDITED NCD COURSES

**Facility ID:** 2-5-0547-13                    **ApprovalDate:** 3/9/2017

New Horizons Computer Learning Center (Chicago)

**Address Information:**
525 W. Van Buren Ste. 300

Chicago                    IL   60607-

**Attn:** Ms.  Amanda Droba

Student Services Coordinator

**Other Approval Actions**

| Effective Date | 4/1/2017 |
|---|---|
| 2017 Career Education Guide | |
| 2 New Non-College Degree Programs* | |

| Program Approvals: | Length | VA/FT |
|---|---|---|
| *Business Office Associate | 216 CLOCK | 18 clock |
| *Network Systems Administrator | 540 CLOCK | 18 clock |
| Business Administration Professional | 450 CLOCK | 18 clock |
| Database Administration Professional | 432 CLOCK | 18 clock |
| Medical Office Assistant | 324 CLOCK | 18 clock |
| Security IT Associate | 180 CLOCK | 18 clock |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Independent Study | ☐ | Practical Training | ☐ | Contract/Agreements | ☐ | Remedial Deficiency | ☐ |
| Certificates Approved | ☑ | Branch Locations | ☐ | Study Abroad | ☐ | Cooperative Training | ☐ |

_____
Administrator

Friday, March 17, 2017

_____
Veterans Educational Specialist

Page 1 of 3

**Notes**

1: 2016-2017: NCD School Catalog Approval.

2: APPROVAL of PROGRAM(s): Only the program listed on this approval are approved for eligible students/trainees. The Certifying Official may request additional programs be considered for approval by submitting the appropriate materials (catalogs, addendums etc.- certified true and correct) to the State Approving Agency for review.

3: APPLICATION FEES: Cannot be included in the certification of mandatory fees to the Veterans Administration (VA).

4: ATTENDANCE (LAST DAY of): The Certifying Official must notify VA within 30 days of the date of last attendance if a veteran or eligible person is no longer enrolled in the approved training program, by completing VA Form 22-1999b. VA will not pay benefits to veterans or eligible persons who are no longer enrolled in the approved training program. Any documents or letters showing evidence of mitigating circumstances will be reviewed by VA. Failure to complete the form may result in overpayments to the veteran or eligible persons.

5: AUDITING a COURSE: In accordance to the auditing a Course, veterans and eligible persons cannot be certified for audited courses per 38 CFR 21.4252(I).

6: ADVERTISMENT of PROGRAM(s): For advertisement of the program/s, please use a statement similar to the following: "Approved by the Illinois State Approving Agency for the enrollment of qualified veterans and/or eligible persons to receive G.I. Bill educational benefits".

7: CHANGES TO PROGRAM(s): The Certifying Official must keep the State Approving Agency informed of any changes, additions or deletions involving any approved program using the appropriate VA Forms.

8: CLOCK HOURS: For VA certification, a student is considered Full-Time if they are in attendance at least 18 clock hours per week. The actual number of hours in attendance must be entered in block 10 on VA Form 22-1999. Accurate records of student attendance are mandatory and must be maintained on all GI Bill eligible students. These records must be available to the State Approving Agency and the VA for review.

9: FUTURE SCHOOL CALENDARS: Please submit future calendar that list holidays that are observed, and vacation periods to the Illinois State Approving Agency.

10: GRADUATION: Please notify the VA within 30 days when a student graduates, by completing VA Form 22-1999b.

11: INCOMPLETE or NON-PUNITIVE GRADES: I.e. pass or fail, withdrawals, audits and unnecessary repeats) cannot be permanently assigned to veterans or eligible persons receiving VA educational benefits. If this is the school policy, the "I" or incomplete grade, the withdrawal, audit, unnecessary repeat, pass or fail, must be reported to the VA as non-punitive at the time the grade is assigned. This is necessary to ensure compliance with statutory restrictions on benefit payments.

12: MAINTAINING RECORDS: This facility is required to maintain records necessary to verify student attendance throughout the entire program of study. VA benefits are paid based on the number of hours per week an eligible person is IN ATTENDANCE for class. These records must be maintained in the students' file for review. Failure to comply will result in both overpayments to the students and school suspension.

13: PREVIOUS EDUCATION & TRAINING POLICY: VA requires that the school maintain a written

record of previous education and training of the veteran or eligible person which clearly indicates appropriate credit has been given by the school for previous education and training, with the training period shortened proportionately.

14: PROBATIONARY POLICY: If a veteran or other eligible person is on academic probation and he/she fails to raise their GPA or fulfill terms of their probation (as prescribed by the school) and is dismissed or suspended, the Certifying Official must notify VA within 30 days of the date of last attendance.  VA will not pay benefits to veterans or eligible persons who have been dismissed or suspended from the school and are no longer enrolled.

15: PROGRAMS(s) NOT LISTED: On this Illinois SAA approval are not approved. They are no longer recognized as approved programs and it is requested that VA remove these program(s) not listed on this approval from the WEAMS system.

16: SUBSEQUENT CATALOGS/CLASS SCHEDULES: Please submit subsequent catalogs and class schedules to the Illinois State Approving Agency when published.

17: TUITION & FEES: Please submit future tuition and fee information to the Illinois State Approving Agency when published.

18: ALL TUITION & FEE-BASED SCHOLARSHIPS or GRANTS: Must be deducted from the net in-state charges reported to the Veterans Administration (VA).

19: VA BENEFITS PAYMENTS: Will not be paid until the VA reviews the approval and determines that additional information is not needed.

20: VA-ONCE SYSTEM: If you are not using the VA-Once system, it is highly recommended that you use this electronic certification system too quickly and more efficiently certify your students for GI Bill benefits. Please go online to www.gibill.va.gov, on the left side - click on Education and Training, next click on School Administrators and next click on School Training Resources or School Resources.

21: VETERANS & ELIGIBLE PERSONS: Receiving benefits can only be certified to repeat a course if a certain grade is required by the institution, e.g. a grade of "C" or higher is required to reach the approved objective and if overall satisfactory progress standards are met.

22: PURSUANT to TITLE 38 USC Section 3696 (d) (1): The Secretary shall not approve under this chapter any course offered by an educational institution if the educational institution provides any commission, bonus, or other incentive payment based directly or indirectly on success in securing enrollments or financial aid to any persons or entities engaged in any student recruiting or admission activities or in making decisions regarding the award of student financial aid to any persons or entities engaged in any student recruiting or admission activities or in making decisions regarding the award of student financial assistance.

The school must maintain adequate attendance records for veterans and eligible persons enrolled in resident courses not leading to a standard college degree (38 CFR 21.4253(d)(5)).  Attendance standard must be at least 75%.

This approval is extended on the basis of your present standards, facilities, equipment and courses.  Continued recognition is contingent upon the maintenance of these standards and facilities under the present management as evidenced by later reports and visitations.

The authority for approval and conditions of approval are indicated in the application, the catalog or bulletin published and submitted by the institution, and rules of the State Approving Agency and the Department of Veterans' Affairs.  The authority for such action is 3675 of Title 38 USC and 21.4253 of the Code of Federal Regulations.